# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No. 2:14-mc-51522
                                        Hon. Bernard A. Friedman

v

MARK APSEY,

        Defendant,

and

STATE OF MICHIGAN
DEPARTMENT OF TREASURY,

        Garnishee.
_____/

## APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, Plaintiff, makes application in accordance with 28 U.S.C. §3205(b)(1) and 18 U.S.C §3613(a) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the Defendant, MARK APSEY, Social Security Number \*\*\*-\*\*-2547, whose last known address is: 1738 Heron Ridge Dr., Bloomfield Hills, MI, 48302 in Case No. 12CR20545 01 in the amount of $20,100.00, plus post judgment interest at the rate of 0%. The sum of $0 has been credited to the judgment debt, leaving a total balance due of $20,100.00 (without the post-judgment accrual of interest) as of November 5, 2014. Demand for payment of the above-stated debt

was made upon the debtor not less than 30 days from November 5, 2014, and debtor has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or property to the judgment debtor, or is in possession of property of the debtor, and said property is a nonexempt interest of the debtor.

The name and address of the Garnishee or his authorized agent is:

>Michigan Department of Treasury
>Third Party Withholding Unit
>P.O. Box 30785
>Lansing, Michigan 48909

>Respectfully submitted,
>
>BARBARA L. McQUADE
>United States Attorney
>
>s/T.N. Ziedas
>T.N. ZIEDAS
>Assistant United States Attorney
>U. S. Attorney's Office
>211 W. Fort Street, Ste. 2001
>Detroit, MI 48226 (313) 226-9573
>peter.ziedas@usdoj.gov
>[P34653]

Dated: November 5, 2014

FX